**Alfred B. GOODWEIN, Plaintiff—Appellant,**

v.

**Harold FITRER, in his capacity as Chief of Staff/Executive Director of Human Resources; Deborah Jewell–Sherman, in her capacity as Superintendent of Richmond Public Schools; Larry A. Olanrewaju; Charles N. Nance; David J. Ballard; Joan T. Mimms; Eugene A. Mason, Jr.; M. Gail Townes; Carol A.O. Wolf; R.M. Malone; Stephen N. Johnson, in their nine respective capacities as members of the Richmond School Board; Richmond School Board; Melvin L. Rose, Defendants—Appellees.**

**No. 04–2495.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 3, 2005.

Alfred B. Goodwein, Appellant pro se.

Stephanie Ploszay Karn, McGuirewoods, LLP, Richmond, Virginia, for Appellees.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alfred B. Goodwein appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Goodwein v. Fitrer,* No. CA–04–202–3 (E.D.Va. Oct. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*